UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD RICHARD and
SANDRA RICHARD,

        Plaintiffs,

vs.

        Case No. 1:06-cv-362

        Hon. Hugh W. Brenneman, Jr.

OAK TREE GROUP, INC.,

        Defendant.
_____/

## ORDER

For the reasons as set forth in the opinion entered today, plaintiffs' motion for class certification (docket no. 25) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

Dated: April 27, 2007        /s/ Hugh W. Brenneman, Jr.
        Hugh W. Brenneman, Jr.
        United States Magistrate Judge