UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD RICHARD and
SANDRA RICHARD,

        Plaintiffs,                         Case No. 1:06-cv-362

vs.                                           Hon. Hugh W. Brenneman, Jr.

OAK TREE GROUP, INC.,

        Defendant.
_____/

**ORDER**

In accordance with the Opinion entered this date:

Defendant's motion for summary judgment (docket no. 57) is **GRANTED** with respect to plaintiffs' claims under 15 U.S.C. § 1692g(a)(1) and **DENIED** with respect to plaintiff's claims under 15 U.S.C. §§ 1692e and 1692f.

**IT IS FURTHER ORDERED** that Plaintiffs' partial motion for summary judgment (docket no. 59) is **GRANTED** with respect to their claims brought under 15 U.S.C. §§ 1692e and 1692f and is **DENIED** with respect to their claims brought under 15 U.S.C. § 1692g(a)(1).

**IT IS FURTHER ORDERED** that Plaintiffs' claims brought pursuant to the Michigan Occupational Code, M.C.L. §§ 339.915(a), (e) and (f), are dismissed without prejudice pursuant to 28 U.S.C. § 1367.


Dated:  February 12, 2008                          /s/ Hugh W. Brenneman, Jr.
                                                                HUGH W. BRENNEMAN, JR.
                                                                United States Magistrate Judge