UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD RICHARD and
SANDRA RICHARD,

      Plaintiffs,

Case No. 1:06-cv-362

v.                                          Hon. Hugh W. Brenneman, Jr.

OAK TREE GROUP INC.,

      Defendant.
_____/

### JUDGMENT

For the reasons as set forth in the court's findings of fact and conclusions of law entered this date,

### IT IS ORDERED AND ADJUDGED

That the plaintiff Donald Richard and Sandra Richard recover of the defendant Oak Tree Group Inc., the sum of **$50.00**, with interest thereon and costs of action as provided by law.

Dated:  November 21, 2008                     /s/ Hugh W. Brenneman, Jr.
                                                          HUGH W. BRENNEMAN, JR.
                                                          United States Magistrate Judge